UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#_____
DATE FILED: 10/27/09

------------------------------------------------------------X

GABINO GENAO, DIN No. 07A4635,

                               Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF
CORRECTIONS CORPORATION COUNSEL; C.O
RICCI #15648; C.O. SANTIAGO #12347; C.O.
MONTAGUE #15760; C.O. HOEPPELMAN #
15520; C.O. RODRIGUEZ #2746; C.O. SANCHEZ;
CAPT. GAINES; CAPT. BARNES; JOHN DOES
#1-8,

                               Defendants.

**ORDER**

~~07 Civ. 2500~~ (VM) (AJP)
09 Civ. 3723

------------------------------------------------------------X

**ANDREW J. PECK, United States Magistrate Judge:**

Upon the application of defendants for leave to take the deposition of plaintiff, Gabino Genao, an inmate, and the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED**: (1) that the Superintendent or other official in charge of Washington Correctional Facility, located in Comstock, New York, produce inmate Gabino Genao, Inmate No. 07-A-4635, within the Washington Correctional Facility, for the taking of his deposition by defendants' attorneys via video conference link with the United States District Court for the Southern District of New York on Tuesday, November 24, 2009, commencing at 10:00 A.M., until completion; and (2) that inmate Gabino Genao, Inmate No. 07-A-4635, appear in such place as designated by the Superintendent or other official in charge of Washington Correctional Facility so that his deposition may be taken.

SO ORDERED.
10/27/09

Hon. Andrew J. Peck
United States Magistrate Judge

**BY FAX**